```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/2/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

IGOR KRICHMAR,

                                 Plaintiff,                        21-CV-01596 (AJN)(SN)

        -against-                                         **ORDER**

THE STANDARD HOSPITALITY
GROUP, LLC, et al.,

                                Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge**:

       On February 1, 2022, the Honorable Alison J. Nathan referred this matter to me for general pretrial supervision, including settlement. The parties have requested a settlement conference. See ECF No. 27. No later than February 8, 2022, the parties are therefore directed to email Courtroom Deputy Rachel Slusher at Rachel_Slusher@nysd.uscourts.gov with three mutually convenient dates to schedule a settlement conference. Due to the Court's busy calendar, settlement conferences must generally be scheduled at least four to six weeks in advance. The Court will likely be unable to accommodate last-minute requests for settlement conferences, and the parties should not anticipate that litigation deadlines will be adjourned in response to late requests for settlement conferences.

**SO ORDERED.**

                                                                                SARAH NETBURN
                                                                                United States Magistrate Judge

DATED:      February 2, 2022
                 New York, New York